Revised 05/27/2014

Attachment (1)

# UNITED STATES BANKUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE:

| Clifford Wayland Smelcer | 09-52102 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Claimant identified below applies for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which remain due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Takoma Regional

PHONE NUMBER: 423-899-4424    LAST FOUR DIGITS OF SOCIAL SECURITY NO: _____

MAILING ADDRESS: Kevin B. Wilson Law Offices
2810 Walker Road, Suite 102
CITY: Chattanooga    STATE: TN    ZIP: 37421

Amount of Unclaimed Funds Requested: $ 4538.73

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the unclaimed funds currently being held for the benefit of the Claimant.

Date: 12/16/2014

Claimant's Signature

Co-claimant's Signature (if any)

State of Tennessee
County of Hamilton
Subscribed and sworn to before me this 16th day of Dec., 20 14

Notary Public
My commission expires: 02/18/2015

Attachment (2)

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Chattanooga & Winchester** divisions (five-digit case number beginning with 1):

☐ Office of the United States Attorney
Eastern District of Tennessee
1110 Market Street, Suite 301
Chattanooga, TN 37402

For all cases in the **Greeneville or Knoxville** division (five-digit case number beginning with 2, 3 or 5):

☒ Office of the United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

Date: 12/16/2014

Claimant's Signature

# KEVIN B. WILSON
## LAW OFFICES
Suite 102
2810 Walker Road
Chattanooga, Tennessee 37421-1082
www.kbwilsonlaw.com

KEVIN B. WILSON
SCARLETT T. WILSON
L. ASHLEY GAITHER

Phone: (423) 899-4424
Fax: (423) 892-4435
Email: kbwilson@kbwilsonlaw.com

December 17, 2014

United States Bankruptcy Court
James H. Quillen United States Courthouse
220 West Depot Street  Suite 218
Greeneville  TN  37743-4924

  Re: Clifford Wayland Smelcer – Chapter 13 – Case No.:09-52102

Dear Clerk:

Enclosed please find the following for submission and entry with your court:

- Creditor Takoma Regional's Application for Payment of Unclaimed Funds.
- Proposed Order granting Application for Payment of Unclaimed Funds.
- Extra copies of each document along with self-addressed envelope for a date-stamped received copy to be returned to our office, for our records.

  This Claim was filed by the law firm Grant Konvalinka but we are now handling all the claims filed for this client, including those that were previously filed by Grant Konvalinka.  I forwarded copies of all of the enclosed documents to Harry Cash at Grant Konvalinka and he is going to send you something requesting that the handling of this claim be transferred to our office.  That should be coming to your office shortly.

  If there are any questions or problems please call our office at the above telephone number.  Thank you for your assistance in this matter.

        Sincerely,

        Kevin B. Wilson

KBW/ew

Enclosures

cc:  Harry Cash, Esq.